COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ali Yazdchi v. Wells Fargo

Appellate case number:    01-15-00381-CV

Trial court case number:  2014-23577

Trial court:              215th District Court of Harris County

By our order dated October 13, 2015, we stated that appellant's brief will be due 30 days after the trial court clerk filed a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(c). On November 11, 2015, the trial court clerk filed the supplemental clerk's record.

Appellant's brief is ORDERED to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Sherry Radack

          ☒ Acting individually    ☐ Acting for the Court

Date: November 13, 2015